UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/11
```

**AMERICAN NATURAL SODA ASH CORPORATION,**

                Petitioner,

v.

**SWIRE SHIPPING, LTD.**

                Respondent.

11 Civ. 5051 (BSJ)
ECF CASE

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Petitioner and Respondent, by their undersigned attorneys, that the above-captioned action is hereby discontinued in its entirety, with prejudice.

Dated: New York, New York
       December 28, 2011

**CHALOS O'CONNOR, LLP**
Attorneys for Petitioner,
American Natural Soda Ash Corporation

By _____
Michael G. Chalos, Esq.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Email: bmccarthy@codus-law.com

**BURKE & PARSONS**
Attorneys for Respondent,
Swire Shipping, Ltd.

By _____ 12/21/11
Christopher H. Dillon
100 Park Avenue
New York, New York 10017
Tel: (212) 354-3800
Email: dillon@burkeparsons.com

SO ORDERED:

Date: 12/29/11

_____
U.S.D.J.

9252_0013_s02.docx